IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **In re:** | Case No. 14-13504-RGM |
| | (Chapter 11) |
| **HAITHAM SADEQ** | |
| **ROLA SABBAGH** | |
| Debtors. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**HAFIZULLAH SHIR MOHD KHAN, et al.**

     Plaintiffs,

  v.    **Adversary Case No. 14-01189**

**HAITHAM S. SADEQ, et al.**

     Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon Plaintiff's Motion to Allow the Remote Video Deposition of Hafizullah Shir Mohd Khan, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED, and it is further

ORDERED that the parties are directed to confer with each other and make arrangements with regard to the appropriate time and place within which to conduct the deposition, as well as proper administration and procedure by which to conduct the deposition, as well as proper administration and procedure by which the deposition shall ensue.

_____
I ASK FOR THIS:
Nathan D. Baney (VSB# 75935)
Surovell, Isaacs, Petersen, & Levy PLC
4010 University Ave., 2nd Floor
Fairfax, Virginia  22030
T:  703-251-5400
F:  703-591-9285
nbaney@siplfirm.com
*Counsel for Plaintiffs Hafizullah Shir Mohd Khan, Fatah Mohammad Nida,*
*derivatively on behalf of Rosta Construction Company (USA)*

Dated: Sep 4 2015

/s/ Robert G. Mayer
_____
UNITED STATES BANKRUPTCY JUDGE

eod 9/8/2015 sas

I ASK FOR THIS:

/s/ Nathan D. Baney (VSB#: 75935)
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.251.5400
Facsimile 703.591.9285
nbaney@siplfirm.com
*Counsel for HAFIZULLAH SHIR MOHD KHAN,
FATAH MOHAMMAD NIDA, and
ROSTA CONSTRUCTION COMPANY (USA)*

SEEN AND OBJECTED TO:

/s/ Bennett A. Brown
Bennett A. Brown
The Law Office of Bennett A. Brown
3905 Railroad Avenue, Suite 200N
Fairfax, Virginia 22030
bennett@pcgalaxy.com

SEEN AND OBJECTED TO:

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell
Henry & O'Donnell PC
300 N. Washington St., Ste 204
Alexandria, Virginia 22314
kmo@henrylaw.com

United States Bankruptcy Court
Eastern District of Virginia

Khan,
    Plaintiff

Adv. Proc. No. 14-01189-RGM

Sadeq,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: stewarts     Page 1 of 1     Date Rcvd: Sep 08, 2015
                       Form ID: pdford9     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Fatah Mohammad Nida
                                                                                                                              TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2015 at the address(es) listed below:
         Bennett A. Brown    on behalf of Defendant Rola  Sabbagh bennett@pcgalaxy.com, bennettabrown69@yahoo.com
         Bennett A. Brown    on behalf of Defendant Haitham  Sadeq bennett@pcgalaxy.com, bennettabrown69@yahoo.com
         Bennett A. Brown    on behalf of Defendant  Horizon Group Services, Inc. bennett@pcgalaxy.com, bennettabrown69@yahoo.com
         Kevin M. O'Donnell    on behalf of Special Counsel Rola  Sabbagh kmo@henrylaw.com, mjh@henrylaw.com
         Kevin M. O'Donnell    on behalf of Defendant Rola  Sabbagh kmo@henrylaw.com,  mjh@henrylaw.com
         Nathan Dee Baney    on behalf of Plaintiff Hafizullah Shir Mohd Khan nbaney@siplfirm.com, baneyecf@gmail.com
         Nathan Dee Baney    on behalf of Plaintiff  Rosta Construction Company (USA) nbaney@siplfirm.com, baneyecf@gmail.com
         Nathan Dee Baney    on behalf of Plaintiff Fatah Mohammad Nida nbaney@siplfirm.com, baneyecf@gmail.com
                                                                                                           TOTAL: 8