UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
<u>  Alexandria  </u> Division

| | |
|---|---|
| In re   Haitham S. Sadeq | Case No.   14-13504-RGM |
| Rola Sabbagh | |
| Debtor(s) | Chapter   11 |
| Hafizullah Shir Mohd Khan, et al. | |
| Plaintiff(s) | |
| v. | AP No.   14-01189 |
| Haitham S. Sadeq, et al. | |
| Defendant(s) | |

### NOTICE OF HEARING

On <u>August 18, 2015</u>, Plaintiffs_____ filed with the Court a Motion in Limine

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA 22314

Date:  **October 13, 2015**

Time: **11:00 a.m.**

Date:  10/7/2015

NOTICE GIVEN BY:

/s/ Nathan D. Baney
_____
Counsel/Pro Se
Address: 4010 University Drive, 2nd Floor
Fairfax, Virginia 22030

State Bar Number *[if applicable]*: 75935
Telephone Number:  703-251-5400

## PROOF OF SERVICE

[Proof of Service must comply with Local Bankruptcy Rule 5005(C)(8)]

On August 18, 2015, a copy of the foregoing was served via the Court's ECF system and first class mail on the following: Bennett A. Brown, 3905 Railroad Avenue, Suite 200N, Fairfax, Virginia 22030; bennett@pcgalaxy.com; Kevin M. O'Donnell, Henry & O'Donnell, P.C., 300 N. Washington St., Suite 204, Alexandria, Virginia 22314

/s/ Nathan D. Baney
Counsel

Date: 10/7/2015

[ver. 01/13]